IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARMAD SYED, et al.,<br><br>                        Plaintiffs,<br><br>    v.<br><br>M-I, L.L.C.,<br><br>                        Defendant. | **CASE NOS: 1:12-cv-01718 AWI MJS;**<br>               **1:14-cv-01151 AWI MJS**<br><br>**RELATED CASE ORDER** |
| MATTHEW DEWAN,<br><br>                        Plaintiff,<br><br>v.<br><br>M-I, L.L.C., et al.,<br><br>                        Defendants. | |

     Review of the above-captioned actions reveal that the actions involve the same or similar parties, properties, claims, events and/or questions of fact or law.

     An order relating cases under this Court's Local Rule 123 merely provides notice on the Court's docket that the matters are related, and assigns the cases to the same district judge; no consolidation of cases is effected. In this case, reassignment of judges is not necessary as the matters are already assigned to the same district court and magistrate judges.

For good cause, this Court ORDERS that the above-captioned actions are related. The Clerk of Court is directed to provide notice on the electronic court docket that the matters are related.

IT IS SO ORDERED.

Dated: January 22, 2015            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

2